IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02921-WYD-KMT

JILAPUHN, INC., D/B/A HER MAJESTY'S CREDIT UNION,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Voluntary Dismissal filed March 27, 2012.  The Stipulation seeks a dismissal of the case with prejudice.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Voluntary Dismissal (ECF No. 30) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A(ii), with each side to bear its own costs and attorney fees.

Dated:  March 27, 2012

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge